# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
        Plaintiff,

        v.                                    18-CR-237 (ECT)

DARVELL DEVONTRE EDWARDS,
        Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ( X )Ad Prosequendum                ( )Ad Testificandum

Name of Detainee:  DARVELL DEVONTRE EDWARDS
Detained at (custodian):  Saint Cloud MN DOC Facility

The United States requests that the ( ) Investigating Agency ( X ) **U.S. Marshals** transport the detainee.

Detainee is:    a.)    ( X ) charged in this district by:  SRV Petition
                Charging Detainee With:  violations of supervised-release conditions

        or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)    ( ) return to the custody of detaining facility upon termination of this proceeding
        or    b.)    ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on December 30, 2025 at 1:30 p.m. in the courtroom of Magistrate Judge Shannon G. Elkins, Courtroom 9E (MPLS)

Dated: December 19, 2025                /s/ Benjamin Bejar
                                        Benjamin Bejar, AUSA

## WRIT OF HABEAS CORPUS

        ( X )Ad Prosequendum                    ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this District, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_12/22/2025_____                _____
Date                                        UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | Darvell Devontre Edwards | Gender: | Male |
| Booking or Fed. Reg.#: | USMS# 21662-041; DOC ID 234904 | DOB: | xx/xx/1991 |
| Facility Address: | 2305 Minnesota Blvd | Race: | African-American |
| | St. Cloud, MN 56304 | FBI #: | 63565HD3 |
| Facility Phone: | (320) 240-3000 | | |
| Currently Incarcerated For: | Felon in Possession of a Firearm | | |

## RETURN OF SERVICE

Executed on _____ by _____ _____
                                        (Signature)